# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**MARK MARCUCILLI,**

      **Plaintiff,**          **CIVIL ACTION NO. 04-CV-40244-FL**

vs.

                            **DISTRICT JUDGE PAUL V. GADOLA**

**AMERICAN AIRLINES, INC.,**     **MAGISTRATE JUDGE MONA K. MAJZOUB**
**TRANSPORT WORKERS UNION**
**LOCAL 521, TRANSPORT WORKERS**
**UNION OF AMERICA– AIR TRANSPORT**
**DIVISION,**

      **Defendants.**
_____/

## ORDER DENYING DEFENDANT AMERICAN AIRLINE'S
## MOTION TO STAY DISCOVERY (DOCKET # 33)

Before the Court is Defendant American Airline's (AA) Motion to Stay Discovery. In its motion, AA argued that discovery should be stayed until the Court has ruled on Defendants' Motions to Dismiss and for Summary Judgment. On October 3, 2005, the undersigned issued a Report and Recommendation recommending that Defendants' dispositive motions be denied. Specifically, the undersigned concluded that there were genuine issues of material fact not appropriate for summary judgment and that Defendants' dispositive motions were premature in light of the fact that Plaintiff has not yet been afforded any discovery. Given the undersigned's recent Report and Recommendation, Defendant AA's Motion to Stay Discovery is **DENIED.**

    **IT IS SO ORDERED.**

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).

Dated: October 5, 2005　　　　　　　　　　　　s/ Mona K. Majzoub
　　　　　　　　　　　　　　　　　　　　　　　MONA K. MAJZOUB
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

**Proof of Service**

I hereby certify that a copy of this Order was served upon Counsel of Record on this date.

Dated: October, 5, 2005　　　　　　　　　　　　s/ Lisa C. Bartlett
　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy